The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
8              AT SEATTLE

9

10   AMAZON.COM, INC., a Delaware              No. 2:21-cv-01456-BJR
     corporation; and STREAMLIGHT, INC., a
11   Delaware corporation,                     **SCHEDULING ORDER**
                                               **ORDERING PLAINTIFFS:**
12                     Plaintiffs,             **(1) TO FILE A FIRST AMENDED**
                                               **    COMPLAINT BY AUGUST 18,**
13          v.                                 **    2023; AND**
                                               **(2) FILE A STATUS REPORT NO**
14   Individuals and entities doing business as the   **    LATER THAN SEPTEMBER**
     following Amazon selling Accounts:        **    28, 2023**
15   MASSEAGS; CFD HELPING HANDS;
     JARRETT'S FENCE, LLC; JERILYN SMITH,
16   LLC; MEALIGHT; MTT TECH; DOREEN
     CAMPBELL-ISAACS LLC; SOONS; DIFAG;
17   FANRIN; SKABUL; TENUAL; GEMLIGHTS;
     and DOES 1-10,
18
                      Defendants.
19

20

21          THIS MATTER came before the Court pursuant to its July 17, 2023 Order (Dkt. 44)

22   directing Plaintiffs Amazon.com, Inc. and Streamlight, Inc. ("Plaintiffs") to submit a status

23   report on the progress of the action. The Court has considered Plaintiffs' Status Report, dated

24   July 28, 2023. Accordingly, it is hereby ORDERED:

25          1.      Plaintiffs shall file a First Amended Complaint for Damages and Equitable Relief

26   ("FAC") by August 18, 2023.

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    2.    Plaintiffs shall file a further status report **by September 28, 2023.** Plaintiffs shall

2  also complete service on, or move for alternative service for, defendants newly-named in the

3  FAC no later than that date.

4

5    DATED this 31st day of July, 2023.

6

7

8    Barbara Jacobs Rothstein
     U.S. District Court Judge

9

10  Presented by:

11  DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Plaintiffs*

12

13  <u>s/ Scott R. Commerson</u>
    Scott R. Commerson, WSBA #58085
    865 South Figueroa Street, Suite 2400
14  Los Angeles, CA 90017-2566
    Tel: (213) 633-6800
15  Fax: (213) 633-6899
    Email: scottcommerson@dwt.com
16
    <u>s/ Lauren Rainwater</u>
17  Lauren Rainwater, WSBA #43625
    920 Fifth Avenue, Suite 3300
18  Seattle, WA 98104-1604
    Tel: (206) 622-3150
19  Fax: (206) 757-7700
    Email: laurenrainwater@dwt.com
20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax