The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and STREAMLIGHT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the following Amazon selling Accounts: MASSEAGS; CFD HELPING HANDS; JARRETT'S FENCE, LLC; JERILYN SMITH, LLC; MEALIGHT; MTT TECH; DOREEN CAMPBELL-ISAACS LLC; SOONS; DIFAG; FANRIN; SKABUL; TENUAL; GEMLIGHTS; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-01456-BJR<br><br>**SCHEDULING ORDER** |

THIS MATTER came before the Court pursuant to its July 31, 2023 Order (Dkt. 47) directing Plaintiffs Amazon.com, Inc. and Streamlight, Inc. ("Plaintiffs") to file a First Amended Complaint for Damages and Equitable Relief ("FAC") and to submit a status report on the progress of the action. The Court has considered Plaintiffs' Status Report and Request for Extension Until September 8, 2023 to File Amended Complaint, dated August 15, 2023. Accordingly, it is hereby ORDERED:

1. Plaintiffs shall file a FAC by September 8, 2023.

SCHEDULING ORDER - 1
(2:21-cv-01456-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

2. Plaintiffs shall file a further status report by October 19, 2023, by which time they expect they will have completed service or moved for alternative service for defendants newly-named in the FAC.

Dated: August 16, 2023.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

s/ Lauren Rainwater
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

SCHEDULING ORDER - 2
(2:21-cv-01456-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax