The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
a Delaware limited liability company; and
STREAMLIGHT, INC., a Delaware
corporation,

               Plaintiffs,

     v.

XIAOJIE CHEN, an individual;
CHUNXIONG ZHONG, an individual; HE
SONGTING, an individual; CHEN LING, an
individual; and DOES 1-10,

               Defendants.

No. 2:21-cv-01456-BJR

**ORDER GRANTING PLAINTIFFS' *EX
PARTE* MOTION TO FILE OVER-
LENGTH MOTION FOR DEFAULT
JUDGMENT AND PERMANENT
INJUNCTION AGAINST
DEFENDANTS XIAOJIE CHEN,
CHUNXIONG ZHONG, HE
SONGTING, AND CHEN LING**

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length

Motion for Default Judgment and Permanent Injunction Against Defendants Xiaojie Chen,

Chunxiong Zhong, He Songting, and Chen Ling brought by Plaintiffs Amazon.com, Inc.,

Amazon.com Services LLC, and Streamlight, Inc. (collectively, "Plaintiffs") (the "Motion"),

pursuant to Local Civil Rule 7(f) and this Court's Standing Order. The Court, having considered

the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default

judgment and permanent injunction not to exceed 7,402 words or twenty-two pages.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1

2     DATED this 10th day of September, 2024.

3

4     _____
      Barbara Jacobs Rothstein
5     U.S. District Court Judge

6

7     Presented by:

8     DAVIS WRIGHT TREMAINE LLP
      *Attorneys for Plaintiffs*
9

10    *s/ Scott Commerson*
      Scott Commerson, WSBA #58085
11    865 S Figueroa Street, Suite 2400
      Los Angeles, CA 90017
12    Tel: (213) 633-6890
      Fax: (213) 633-6899
13    Email: scottcommerson@dwt.com

14    L. Danielle Toaltoan, Pro Hac Vice
      1251 Avenue of the Americas, 21st Floor
15    New York, NY 10020
      Tel: (212) 489-8230
16    Email: danielletoaltoan@dwt.com

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:21-cv-01456-BJR)