The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and STREAMLIGHT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XIAOJIE CHEN, an individual; CHUNXIONG ZHONG, an individual; HE SONGTING, an individual; CHEN LING, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-01456-BJR<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS XIAOJIE CHEN, CHUNXIONG ZHONG, HE SONGTING, AND CHEN LING** |

THIS MATTER came before the Court on the *Ex Parte* Motion for Default Judgment and Permanent Injunction (the "Motion") brought by Plaintiffs Amazon.com, Inc. ("Amazon") and Streamlight, Inc. ("Streamlight", and together with Amazon, "Plaintiffs") against Defendants Xiaojie Chen, Chunxiong Zhong, He Songting, and Chen Ling (together, "Defendants"). The Court, having considered Plaintiffs' Motion, this matter's files and records, the governing law, and being fully advised, finds that Plaintiffs have established the liability of Defendants and their entitlement to damages and permanent injunction. Accordingly, the Court ORDERS:

1. Plaintiffs' Motion is GRANTED and JUDGMENT is entered against Defendants on Streamlight's Cause of Action for Trademark Counterfeiting and Trademark Infringement

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 1
(2:21-cv-01456-BJR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

(15 U.S.C. § 1114), Streamlight's Causes of Action for False Designation of Origin and False Advertising (15 U.S.C. § 1125(a)), Amazon's Cause of Action for False Designation of Origin (15 U.S.C. § 1125(a)); and Plaintiffs' Cause of Action for Violation of the Washington Consumer Protection Act (RCW 19.86.010 *et seq.*).

2. The Court awards Streamlight statutory damages in the amount of three times the aggregate sales of counterfeit products from each Defendant's respective Amazon selling accounts, based on Defendants' willful violations of the Lanham Act, as follows:

   a. An award of $491,397 against Defendant Xiaojie Chen for counterfeit sales from the following Amazon selling accounts: CFD Helping Hands and Jarrett's Fence, LLC.

   b. An award of $612 against Defendant Chunxiong Zhong for counterfeit sales from the following Amazon selling account: MTT Tech.

   c. An award of $130,122 against Defendant He Songting for counterfeit sales from the following Amazon selling accounts: Jerilyn Smith LLC, Mealight, and Doreen Campbell-Isaacs LLC.

   d. An award of $143,124 against Defendant Chen Ling for counterfeit sales from the following Amazon selling accounts: SoonS, DiFag, FanRin, Skabul, Tenual, and Gemlights.

3. The Clerk is directed to enter judgment against Defendants and in favor of Streamlight in the amount set forth above.

4. Defendants and their officers, agents, servants, employees, attorneys, and all others in active concert or participation with them who receive actual notice of the order, are hereby permanently ENJOINED AND RESTRAINED from:

   a. selling counterfeit or infringing products in Amazon's stores;

   b. selling counterfeit or infringing products to Amazon or any Amazon affiliate;

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 2
(2:21-cv-01456-BJR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

      c.   importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product or service using any simulation, reproduction, counterfeit, copy, or colorable imitation of Streamlight's brand or trademarks, or which otherwise infringes Streamlight's intellectual property, in any store or in any medium; and

      d.   assisting, aiding, or abetting any other person or business entity in engaging in or in performing any of the activities referred to in subparagraphs (a) through (c) above.

5.   The Court hereby retains jurisdiction over this case for the purpose of enforcing this Order and Injunction, and for any supplemental proceedings that may be authorized by law.

6.   Plaintiffs' counsel is hereby directed to serve a copy of this Order and Injunction on Defendants' last known email addresses registered with Amazon, which Plaintiffs used to complete service.

DATED this 11th day of September, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 3
(2:21-cv-01456-BJR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

L. Danielle Toaltoan, *Pro Hac Vice*
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
Fax: (212) 489-8340
Email: danielletoaltoan@dwt.com

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 4
(2:21-cv-01456-BJR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax