# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and STREAMLIGHT, INC., a Delaware corporation,<br>Plaintiffs,<br><br>v.<br><br>XIAOJIE CHEN, an individual; CHUNXIONG ZHONG, an individual; HE SONGTING, an individual; CHEN LING, an individual; and DOES 1-10,<br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:21-cv-1456-BJR |

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

For the reasons set forth in the Order Granting Plaintiffs' Ex Parte Motion for Default Judgment and Permanent Injunction, Dkt. No. 68, dated September 11, 2024, the Court granted default judgment in favor of Plaintiff.

Dated October 8, 2024.

                                                  Ravi Subramanian
                                                  Clerk of Court

                                                  s/*Serge Bodnarchuk*
                                                  Deputy Clerk